# GROUP EXHIBIT 2



| Last Contact | PTP Date | CBRRcvd | StopCBR | Hold Date |
|---|---|---|---|---|
| 6/21/2011 | N/A | N/A | N/A | |

**Get Payment History**

| | | Add Bankruptcy Information | |
|---|---|---|---|
| Original Bal | $512.54 | PIF | $512.54 |
| ChgOff Amt | $512.54 | Accrued Int | $0.00 |
| Last Pay Amt | $60.00 | Allowance | 0.00 |
| Promises | $0.00 | NBal | $512.54 |
| NSFs | $0.00 (0) | Documents | None |
| Orig Rate | 0.00% | Current Rate | 0.00% |
| Min Amt For PIF Bonus | $512.54 | | |

Seller: **HSBC BANK NEVADA, N.A.**  
Merchant: **HSBC BANK NEVADA, N.A.**     Prod Code   MC  
Original Creditor: PORTFOLIO RECOVERY ASSOCIATES, LLC    Pool   HSBK21  
Make Payments to:    P.O. BOX 12914    NORFOLK VA 23541

Credit Bureau · Request Letters · Calculate Rate · Transfer Account · Putback · Request Docs · Supplemental Info

Add Note | Payments | Apply Changes

| Date | Entry | ACT | RST | INC | CND | Note |
|---|---|---|---|---|---|---|
| 7/8/2011 10:02:17 AM | NJM | | | | | RCVD from PACER Complaint re: Paul Rollins, FWD to Counsel. |
| 7/6/2011 9:10:46 PM | PRB01 | DO | DIS | DH | NA | Wrong Number ▮1385 [OTHER] MOP SAID N1 DOESNT LIVE THERE AND HE DNKN1 |
| 7/6/2011 5:13:58 PM | | | | DH | NA | Dialed ▮4913)No Answer |
| 7/3/2011 9:49:27 PM | | | | DH | NA | Dialed ▮4913)No Answer |
| 7/3/2011 9:48:40 PM | | | | DO | NA | Dialed ▮1385)Answering machine |
| 7/3/2011 7:46:23 PM | | | | DH | NA | Dialed ▮4913)No Answer |
| 7/3/2011 7:45:36 PM | | | | DO | NA | Dialed ▮1385)Answering machine |
| 7/1/2011 3:21:16 PM | | | | DO | NA | Dialed (▮1385)No Answer |
| 7/1/2011 3:20:28 PM | | | | DH | NA | Dialed ▮4913)No Answer |

CONFIDENTIAL
PRA007
Case 4:11-cv-00665-GAF   Document 24-2   Filed 03/01/12   Page 3 of 10

| Date/Time | | | | | Dialer: Dialed Other: ▇ 1385 |
|---|---|---|---|---|---|
| | | | | | R: |
| | | | | | E: VP-N1-SD-TH; NO ONE SENT HIM A # AND HE CAN'T PAY ON SOMETHING HE |
| 6/21/2011 9:23:35 PM | PRT144 | DO | | | STC DOESN'T KNOW ABOUT AND HU BEFORE I COULD SAY ANYTHING ABOUT THE ACCT |
| | | | | | A: |
| | | | | | L: |
| | | | | | R: |
| 6/21/2011 9:21:43 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/21/2011 4:50:23 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/19/2011 7:21:33 PM | | DO | LM | Dialed | ▇1385)Virtual msg to AUTOV |
| 6/16/2011 9:22:46 PM | | DO | NA | Dialed | ▇1385)No Answer |
| 6/16/2011 9:21:58 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/16/2011 5:49:50 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/13/2011 9:16:16 PM | PRT803 | DO | NM | Hang Up at ▇1385 [OTHER] N1 HUNG UP DURING MM |
| 6/13/2011 10:34:53 AM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/10/2011 4:35:00 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/9/2011 9:01:05 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/9/2011 9:00:18 PM | | DO | NA | Dialed | ▇1385)No Answer |
| 6/9/2011 4:31:36 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/7/2011 9:31:52 PM | | DO | NA | Dialed | ▇1385)No Answer |
| 6/7/2011 9:31:05 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/7/2011 10:51:19 AM | | DH | NA | Dialed | ▇4913)No Answer |
| 6/5/2011 9:36:58 PM | | DO | NA | Dialed | ▇1385)No Answer |
| 6/5/2011 9:36:12 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 5/28/2011 9:46:17 AM | PRT220 | DO | STC | No Promise at ▇1385 [OTHER] n1 atty. name is then his hu |
| 5/26/2011 8:46:38 PM | | DH | NA | Dialed | ▇4913)No Answer |
| 5/26/2011 8:47:51 PM | | DO | NA | Dialed | ▇1385)No Answer |
| 5/26/2011 9:02:35 AM | | DH | NA | Dialed | ▇4913)No Answer |
| 5/25/2011 10:38:09 AM | PRP025 | DO | SYO | DIALED RELATION 1 (OTHER: ▇1385; MOP SD N1 NOT IN; NML; CALL BACK |
| 5/25/2011 10:34:28 AM | | DH | NA | Dialed | ▇4913)No Answer |

CONFIDENTIAL
PRA008

| | | | | |
|---|---|---|---|---|
| 5/23/2011 9:20:02 PM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/23/2011 9:19:15 PM | | DO | NA | Dialed ( ) -1385)No Answer |
| 5/23/2011 3:59:53 PM | | DH | NA | Dialed ( ) -4919)No Answer |
| 5/18/2011 8:18:57 PM | PRA333 | DO | NM | Hang Up at [ ]-1385 [OTHER] CUST HU |
| 5/18/2011 10:07:39 AM | | DH | NA | Dialed ( ) -4919)No Answer |
| 5/16/2011 9:13:59 PM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/16/2011 5:53:44 PM | | DO | NA | Dialed ( ) -1385)No Answer |
| 5/16/2011 5:52:57 PM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/16/2011 11:38:43 AM | | DO | NA | Dialed ( ) -1385)Answering machine |
| 5/16/2011 11:38:05 AM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/15/2011 5:16:34 PM | PRA391 | DO | NM | No Msg at [ ]-1385 [OTHER] |
| 5/13/2011 8:56:00 PM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/13/2011 8:55:18 PM | | DO | NA | Dialed ( ) -1385)No Answer |
| 5/13/2011 2:05:49 PM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/11/2011 9:04:32 PM | | DH | NA | Dialed ( ) -4913)No Answer |
| 5/11/2011 9:03:45 PM | | DO | NA | Dialed ( ) -1385)No Answer |
| 5/11/2011 10:32:23 AM | | DH | NA | Dialed ( ) -4913)No Answer |

ID: NJM  Last Activity: 10:02 AM  Unit: COUNSL  User: NJMAHLMANN
Get Last Worked  Time Tracker: INACTIVE  Work: TBD  Manager:

Version 4.11.1.1 - Copyright © 2004-2010, Portfolio Recovery Associates, Inc. All Rights Reserved. - Server: PRANET1IS5

CONFIDENTIAL
PRA009
Case 4:11-cv-00665-GAF Document 24-2 Filed 03/01/12 Page 5 of 10

| Date | Entry | ACT | RST | Note |
|---|---|---|---|---|
| 7/8/2011 5:50:11 PM | | DH | NA | Dialed ▇▇▇-4913)No Answer |
| 7/8/2011 10:09:39 AM | NJM | XYZ | XYZ | Old Header Note: //ACCOUNT I LITIGATION ALL CALSL TO S. ZAHN EXT 12512// 7/8/2011 10:01:41 AM NJM |
| 7/8/2011 10:02:17 AM | NJM | INC | CND | RCVD from PACER Complaint re: Paul Rollins, FWD to Counsel. |
| 7/8/2011 9:53:40 AM | | DH | NA | Dialed ▇▇▇-4913)No Answer |
| 7/6/2011 9:10:46 PM | PRB611 | DO | DIS | Wrong Number - ▇▇▇-1385 [OTHER] MOP SAID N1 DOESNT LIVE THERE AND HE DNK N1 |
| 7/6/2011 5:13:58 PM | | DH | NA | Dialed ▇▇▇-4913)No Answer |
| 7/3/2011 9:49:27 PM | | DH | NA | Dialed ▇▇▇-4913)No Answer |
| 7/3/2011 9:48:40 PM | | DO | NA | Dialed (▇▇▇-1385)Answering machine |
| 7/3/2011 7:46:23 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 7/3/2011 7:45:36 PM | | DO | NA | Dialed (▇▇▇-1385)Answering machine |
| 7/1/2011 3:21:16 PM | | DO | NA | Dialed (▇▇▇-1385)No Answer |
| 7/1/2011 3:20:28 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/21/2011 9:23:35 PM | PRT144 | DO | STC | Dialer Dialed Other: ▇▇▇-1385 R- E- P-N1 SD THT NO ONE SENT HIM A # AND HE CANT PAY ON SOMETHING HE DOESNT KNOW ABOUT AND HU BEFORE I COULD SAY ANYTHING ABOUT THE ACCT A- I- R- |
| 6/21/2011 9:21:43 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/21/2011 4:50:23 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/19/2011 7:21:33 PM | | DO | LM | Dialed (▇▇▇-1385)Virtual msg to AUTOV |
| 6/16/2011 9:22:49 PM | | DO | NA | Dialed (▇▇▇-1385)No Answer |
| 6/16/2011 9:21:58 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/16/2011 5:49:50 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/13/2011 9:16:16 PM | PRT803 | DO | NM | Hang Up at ▇▇▇-1385 [OTHER] N1 HUNG UP DURING MM |
| 6/13/2011 10:34:53 AM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/10/2011 4:35:00 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/9/2011 9:01:05 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/9/2011 9:00:18 PM | | DO | NA | Dialed (▇▇▇-1385)No Answer |
| 6/9/2011 4:11:36 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/7/2011 9:31:52 PM | | DO | NA | Dialed (▇▇▇-1385)No Answer |
| 6/7/2011 9:31:05 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/7/2011 10:51:19 AM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 6/5/2011 9:36:59 PM | | DO | NA | Dialed (▇▇▇-1385)No Answer |
| 6/5/2011 9:36:12 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 5/28/2011 9:46:17 AM | PRT220 | DO | STC | No Promise at ▇▇▇-1385 [OTHER] n1 atty name is then he hu |
| 5/26/2011 8:48:38 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 5/26/2011 8:47:51 PM | | DO | NA | Dialed (▇▇▇-1385)No Answer |
| 5/26/2011 9:02:35 AM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 5/25/2011 10:38:09 AM | PRP025 | DO | STO | DIALED RELATION 1 OTHER: ▇▇▇-1385, MOP SD N1 NOT IN, NML, CALL BACK |
| 5/25/2011 10:34:28 AM | | DH | NA | Dialed (▇▇▇-4913)No Answer |
| 5/23/2011 9:20:02 PM | | DH | NA | Dialed (▇▇▇-4913)No Answer |

| Date/Time | Code | Type | Status | Description |
|---|---|---|---|---|
| 5/23/2011 9:19:15 PM | | DO | NA | Dialed (█████1385)No Answer |
| 5/23/2011 3:59:53 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/18/2011 8:18:57 PM | PRA333 | DO | NM | Hang Up at █████1385 [OTHER] CUST HU |
| 5/18/2011 10:07:39 AM | | DH | NA | Dialed (█████4913)No Answer |
| 5/16/2011 9:13:59 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/16/2011 5:53:44 PM | | DO | NA | Dialed (█████1385)No Answer |
| 5/16/2011 5:52:57 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/16/2011 11:38:43 AM | | DO | NA | Dialed (█████1385)Answering machine |
| 5/16/2011 11:38:05 AM | | DH | NA | Dialed (█████4913)No Answer |
| 5/15/2011 5:16:34 PM | PRA391 | DO | NM | No Msg at █████1385 [OTHER] |
| 5/13/2011 8:56:00 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/13/2011 8:55:13 PM | | DO | NA | Dialed (█████1385)No Answer |
| 5/13/2011 2:05:49 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/11/2011 9:04:32 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/11/2011 9:03:45 PM | | DO | NA | Dialed (█████1385)No Answer |
| 5/11/2011 10:32:23 AM | | DH | NA | Dialed (█████4913)No Answer |
| 5/10/2011 8:29:36 PM | PRA362 | DO | LM | Left Msg at █████1385 [OTHER] LM W/MOP |
| 5/10/2011 9:32:50 AM | | DH | NA | Dialed (█████4913)No Answer |
| 5/8/2011 9:01:10 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/8/2011 9:00:23 PM | | DO | NA | Dialed (█████1385)No Answer |
| 5/6/2011 9:40:30 AM | | DH | NA | Dialed (█████4913)No Answer |
| 5/4/2011 10:33:13 AM | PRP071 | DO | STO | DIALED RELATION 1 OTHER: █████1385 MOP HU AFTER ASKED FOR N1.... |
| 5/4/2011 10:29:30 AM | | DH | NA | Dialed (█████4913)No Answer |
| 5/2/2011 8:49:59 PM | | DH | NA | Dialed (█████4913)No Answer |
| 5/2/2011 8:49:12 PM | | DO | NA | Dialed (█████1385)No Answer |
| 5/2/2011 10:17:07 AM | | DH | NA | Dialed (█████4913)No Answer |
| 4/29/2011 10:02:24 AM | | DH | NA | Dialed (█████4913)No Answer |
| 4/20/2011 8:28:49 PM | PRA179 | DO | NM | Hang Up at █████1385 [OTHER] N1 SAID THAT HE DID NOT HAVE AN ACCT AND DX'D CALL |
| 4/20/2011 10:24:34 AM | | DH | NA | Dialed (█████4913)No Answer |
| 4/12/2011 10:38:33 AM | PRP068 | DO | STC | DIALED RELATION 1 OTHER: █████1385 N1 HU AFTER STTNG MM |
| 4/12/2011 10:34:24 AM | | DH | NA | Dialed (█████4913)No Answer |
| 4/9/2011 1:36:31 PM | PRA264 | DO | NM | Hang Up at █████1385 [OTHER] N1 HUNG UP DURING OPENING STATEMENT |
| 4/7/2011 8:16:00 PM | | DH | NA | Dialed (█████4913)No Answer |
| 4/7/2011 8:15:13 PM | | DO | NA | Dialed (█████1385)No Answer |
| 4/7/2011 4:00:33 PM | | DH | NA | Dialed (█████4913)No Answer |
| 4/5/2011 10:50:01 AM | PRP027 | DO | STO | DIALED RELATION 1 OTHER: █████1385; MOP SD HELLO THEN HU |
| 4/5/2011 10:45:41 AM | | DH | NA | Dialed (█████4913)No Answer |
| 4/4/2011 6:50:20 PM | PRH293 | DO | NM | Hang Up at █████1385 [OTHER] N1 HU |
| 4/4/2011 9:21:21 AM | | DH | NA | Dialed (█████4913)No Answer |
| 4/2/2011 2:32:36 PM | | DH | NA | Dialed (█████4913)No Answer |
| 4/2/2011 2:31:49 PM | | DO | NA | Dialed (█████1385)Answering machine |

**Dialer Dialed Other:** █████1385

CONFIDENTIAL
PRA011

Case 4:11-cv-00665-GAF   Document 24-2   Filed 03/01/12   Page 7 of 10

| Date/Time | Code | Type | Status | Description |
|---|---|---|---|---|
| 3/23/2011 7:53:18 PM | PRH312 | DO | STC | N1 KEPT INTERUPTING O/S SD HE DOESNT KNW WHO I AM AND H/U |
| 3/23/2011 7:50:10 PM | | DH | NA | Dialed ( ███ 4913)No Answer |
| 3/23/2011 9:46:29 AM | | DH | NA | Dialed ( ███ 4913)No Answer |
| 3/22/2011 10:27:25 AM | SLS | ARS | INS | BAD HOME PHONE(S) REMOVED |
| 3/20/2011 7:27:41 PM | | DO | NA | Dialed ( ███ 1385)Answering machine |
| 3/20/2011 7:26:57 PM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/17/2011 10:30:09 AM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/16/2011 4:05:24 PM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/14/2011 9:14:21 AM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/11/2011 9:14:10 AM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/9/2011 9:24:19 AM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/5/2011 1:34:09 PM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 3/5/2011 1:33:40 PM | | DO | NA | Dialed ( ███ 1385)No Answer |
| 3/2/2011 9:02:46 AM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 2/21/2011 3:56:45 PM | PRP008 | DH | STO | DIALED RELATION 1 HOME: ███ 5513 WOP SD N1 NOT IN NML |
| 2/21/2011 3:53:00 PM | | DH | NC | Dialed ( ███ 5513)Operator Intercept |
| 2/9/2011 8:35:13 AM | | ARS | INS | 001 LETTER PROCESSED AS 001 |
| 2/8/2011 12:37:35 PM | SLS | | LTR | (001)Notification Letter - SYSTEM |
| 2/8/2011 10:28:00 AM | | | | ACCOLAID data received<br>Information Returned:<br>Name: ROLLINS; PAUL W<br><br>Structure: Unknown<br>Home Ownership: Unknown<br>Length at Residence: Less than 1 year<br>Income: Unknown<br>███ 5513<br>Time Zone: CST |
| 2/7/2011 9:58:00 PM | | ARS | INS | NCOA Processing Results for:<br><br>Move Date: N/A<br>Move Type: N/A<br>Delivery Point Verification: VALID<br>DPV Footnotes:<br>Primary: INPUT ADDR MATCHED ZIP4 FILE<br>Secondary: INPUT ADDR MATCHED DPV (ALL COMPONENTS)<br>Zip Processing Notes:<br>INPUT ZIP CONFIRMED<br>NORMAL STREET<br>SUCCESSFUL ADDR MATCH<br>NEW ADDR NOT FURNISHED |

**CONFIDENTIAL**
**PRA012**
Case 4:11-cv-00665-GAF   Document 24-2   Filed 03/01/12   Page 8 of 10

# Portfolio Recovery Associates, LLC
### We're giving debt collection a good name.

February 10, 2011   Balance: $512.54
Account/Reference No.: 5155920000966375
HSBC BANK NEVADA N.A.

www.portfoliorecovery.com

## Welcome to Portfolio Recovery Associates!

Portfolio Recovery Associates purchased the account referenced above on 01/24/11. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

Call toll-free at 1-800-772-1413 to discuss payment arrangements.
7:30 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., & 2 PM to 9 PM Sun. (EST)
Contact us at help@portfoliorecovery.com to communicate with us by e-mail.

**Various Payment Options Available Including:**

| Pay by Phone: | Mail: | Online: |
|---|---|---|
| • Authorize automatic withdrawals from your bank account<br>• Complete a credit card* payment | • Complete the attached coupon<br>• Make all checks and payments to:<br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | • Complete a payment from your checking account or credit card*<br>• Pay online at: www.portfoliorecovery.com |

* See back for information about credit card transaction fees that may be applied by third party vendors.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

**Notice: See Reverse Side for Important Information**

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Dept 922
PO BOX 4115
Concord, CA 94524

Account/Reference Number: 5155920000966375

Payment Amount: _____

Address Service Requested

#BWNFTZF #PRA6048516611026#

PAUL W ROLLINS

001S
PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. BOX 12914
NORFOLK VA 23541

CONFIDENTIAL
PRA 013

MAKE ALL CHECKS PAYABLE TO: Portfolio Recovery Associates, LLC
SEND ALL PAYMENTS TO: Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541

**COMPANY ADDRESS**
Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES CORRESPONDENCE ADDRESS**
PRA Disputes Department, 140 Corporate Boulevard, Norfolk, VA 23502
Disputes Department E-mail Address: PRA_Disputes@portfoliorecovery.com

**CREDIT CARD TRANSACTION FEES:** Third party vendors may charge a transaction fee for processing payments made by credit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. - Fri. 8 AM to 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**NOTICE:** If this account is eligible to be reported to the credit reporting agencies by our company, we are required by law to notify you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws:

**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 938, Denver, CO 80237. Telephone 1-866-508-4751. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**MAINE:** Telephone number at licensed location is (800) 772-1413. Hours of operation at licensed location are 7:30 AM to 11 PM EST Monday through Friday, 8 AM to 5 PM EST Saturday, and 2 PM to 9 PM EST Sunday.

**MASSACHUSETTS:** Office located 49 Winter St, Weymouth, MA 02188. Telephone (800) 772-1413. Hours of operation are 9 AM to 6 PM EST Monday through Thursday. NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**NEW YORK CITY:** City of New York License Number 1096994.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

**TENNESSEE:** This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance. (#00000770)

**CONFIDENTIAL**
**PRA 014**