# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

PAUL W. ROLLINS,                               )
          Plaintiff,                    )
                          )
vs.                                            )     CAUSE NO. 4:11-CV-00665-GAF
                          )
PORTFOLIO RECOVERY ASSOCIATES,                 )
LLC,                                           )
          Defendant.                    )

## DECLARATION OF TARA PRIVETTE

NOW COMES Tara Privette and pursuant to 28 U.S.C. § 1746, declares under penalty of perjury that the following is true and correct:

1.     I am over 18 years of age, and am of sound mind.

2.     I am familiar with the facts set forth in this Declaration through personal knowledge and/or review of corporate records.

3.     I am competent to testify to the matters stated herein.

4.     I am familiar with the Complaint filed by Plaintiff Paul Rollins and the allegations contained therein.

5.     I am the Senior Vice-President of Operations at Portfolio Recovery Associates, LLC. ("PRA").

6.     PRA is a Delaware limited liability company with a business office located at 120 Corporate Blvd., Suite 100, Norfolk, Virginia 23502.

7.     PRA's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

8.     As part of its daily running of business, PRA maintains detailed collection notes ("account notes" or "collection notes") regarding the activity that takes place on each account.

13029200 8v1 0926121

9.      Activities such as telephone calls, telephone conversations and written correspondences regarding an account are recorded in detail in the collection notes.

10.     The detailed account notes are created and maintained in the regular course of business.

11.     The entries into the detailed account notes are made contemporaneously with the events they memorialize.

12.     When PRA purchases an account, the account is assigned a file number.

13.     PRA purchased the plaintiff's HSBC account in the amount of $512.54 and assigned it the file number 5155920000966375. Documents produced by Defendant, attached hereto as Group Exhibit A, Collection notes for Plaintiff's account at PRA006. Plaintiff made his last payment on this debt on December 10, 2009. Ex. 2 at PRA006.

14.     PRA forwarded an initial validation letter to the plaintiff on February 10, 2011. Ex. A at Initial validation letter, PRA013 – PRA014.

15.     The plaintiff did not respond to this letter, dispute his debt, or request verification of the same. Ex. A at PRA006-PRA012.

16.     PRA placed calls to 2 telephone numbers belonging to the plaintiff, XXX-XXX-1385 and XXX-XXX-5513, in an attempt to reach the plaintiff. Ex. A at PRA006-PRA012.

17.     Between February 21, 2011 and July 6, 2011, a period of about 4 months and 2 weeks, PRA placed 35 calls to the telephone number XXX-XXX-1385. Ex. A at PRA006-PRA012.

18.     During this time, PRA placed 10 calls to the telephone number XXX-XXX-5513. Ex. A.

19.     However, 9 of these calls did not go through. Ex. A at PRA006-PRA012. The call which did go through was answered by a third-party who stated that the plaintiff was unavailable to speak with PRA. Ex. A at PRA012.

2

20. PRA never placed calls to Plaintiffs before 8:00AM CST or after 9:00PM CST. Ex. A at PRA006-PRA012.

21. PRA placed the following number of calls to XXX-XXX-1385 during each month of the time period between February 2011 and July 2011: (1) February 2011; 0 (2) March 2011: 3; (3) April 2011: 7; (4) May 2010: 14; (5) June 2010: 7; and (6) July 2011: 4. Ex. A at PRA006-PRA012.

22. PRA placed 1 call to XXX-XXX-5513, on February 21, 2011. Ex. A at PRA012.

23. PRA never placed more than 2 calls in 1 day to the plaintiff. Ex. A at PRA006-PRA012.

24. PRA placed 2 calls in 1 day on two occasions: May 16, 2011 and July 3, 2011. Ex. A at PRA010-PRA011.

25. On May 16, 2011, the calls were placed over 6 hours apart. Ex. A at PRA011.

26. On July 3, 2011, the calls were placed over 2 hours apart. Ex. A at PRA010.

27. On February 21, 2011, May 10, 2011, May 15, 2011, and May 25, 2011, a third-party answered the phone and stated the plaintiff was unavailable. Ex. A at PRA006-PRA012.

28. On March 23, 2011, April 12, 2011, April 20, 2011, May 18, 2011, May 28, 2011, June 13, 2011, and June 21, 2011, the plaintiff answered PRA's call but refused to allow PRA to speak, and the plaintiff terminated the call. Ex. A at PRA006-PRA012.

29. On April 5, 2011, a male answered the phone and immediately terminated the call. Ex. A at PRA011

30. On July 6, 2011, a male answered PRA's call and stated that the number ending in 1385 was a wrong number for the plaintiff. Ex. A at PRA010.

31. PRA waited a minimum of 2 days before attempting to contact the plaintiff again after Plaintiff terminated a call placed by PRA. Ex. A at PRA006-PRA012.

3

130292008v1 0926121

32.     PRA was never able to discuss the plaintiff's account with him. Ex. A at PRA006-PRA012.

33.     Of the 36 total calls which went through to the plaintiff, 22 went unanswered and 7 were answered by a third-party. Ex. A at PRA006-PRA012.

34.     The plaintiff answered the remaining 7 calls and terminated each call before PRA could discuss his account with him. Ex. A at PRA006-PRA012.

35.     PRA never called, hung up, and immediately called back. Ex. A at PRA006-PRA012.

36.     The plaintiff never placed a single call to PRA. Ex. A at PRA006-PRA012.

37.     PRA produced 4 call recordings associated with its attempt to collect the plaintiff's debt. Call Recordings produced by Defendant and served upon Plaintiff on November 9, 2011, electronic correspondence attached hereto as <u>Exhibit B.</u>

38.     One of these calls was answered by a third-party. Ex. B.

<u>Recording</u>

**PRA:** Hello Paul?

**Man on phone:**     Who is this?

**PRA:** My name is Felicia Cox calling for Paul Rollins.

**Man on phone:**     He's not here.

**PRA:** He's not there. May I leave a message for him?

**Man on phone:**     Yeah.

**PRA:** Okay, let me know when you're ready for the number.

**Man on phone:**     Alright.

**PRA:** Mr. Rollins can return my call at 866-

**Man on phone:**     866?

**PRA:** Yes, sir. 428

**Man on phone:**     428

4

130292008v1 0926121

**PRA:** 6589

**Man on phone:** Wait a minute my pen quit writing.

**PRA:** Okay.

**Man on phone:** 866

**PRA:** Mmhmm 428

**Man on phone:** 4 2 8

**PRA:** 6589

**Man on phone:** 6 5 8 9

**PRA:** and my name is Ms. Cox.

**Man on phone:** Let me make sure it's right 866-428- huh?

**PRA:** Yes sir, 428

**Man on phone:** Wait a minute now 49

**PRA:** no you have 866 right?

**Man on phone:** 866, uh huh

**PRA:** 428

**Man on phone:** 4 2 8

**PRA:** 65

**Man on phone:** 6 5

**PRA:** 89

**Man on phone:** 8 9

**PRA:** Yes, sir.

**Man on phone:** Okay.

**PRA:** Okay and he can call me back at his earliest convenience.

**Man on phone:** Call back who?

**PRA:** He can call me at his earliest convenience, my name is Miss Cox. C-O-X

5

130292008v1 0926121

**Man on phone:** COX?

**PRA:** Unhuh, Cox

**Man on phone:** Call you back when?

**PRA:** He can call me when he's available.

**Man on phone:** Alright.

**PRA:** Alright thank you.

39.     The plaintiff terminated the other 3 calls with PRA before it could discuss the plaintiff's account with him. Ex. B. The substance of these calls is as follows:

<u>Recording 1:</u>

**PRA:** Hello, may I speak to Paul Rollins?

**Rollins:**     Yeah

**PRA:** Hi, this is Tanisha calling from Portfolio Recovery Associates in regard to your HSBC Account. Hello?

**Rollins:**     Who is this?

**PRA:** This is Tanisha calling from Portfolio Recovery Associates in regards to your HSBC account.

**Rollins:** Who is you?

**PRA:** We're, sir, the collection agent for HSBC. You had a Master Card? Hello?

**[Call disconnected]**

<u>Recording 2:</u>

**PRA:** Yes, may I speak to Paul?

**Rollins:**     Yes

**PRA:** Can I speak to Paul?

**Rollins:**     Yeah.

**PRA:** How you doing Mr. Rollins?

**Rollins:**     How you doing?

6

130292008v1 0926121

**PRA:** This is Kimberly and I'm calling from Portfolio Recovery Associates. Your HSBC account was forwarded to me today to make a decision on it.

**Rollins:** Mm Hmm.

**PRA:** I didn't want to do that without talking to you and getting you involved. I do have to say our calls may be monitored or recorded. This an attempt to collect by a debt collector ---

**Rollins:** She didn't send me no, she didn't send me no letter out.

**PRA:** ---Okay, and any information obtained will be used for that purpose.

**Rollins:** I don't have nothing. You know that don't make sense to send me something out I don't know nothing about.

**PRA:** Sir, we are a third-party collection agency. Mr. Rollins?

**[Call disconnected]**

<u>**Recording 3:**</u>

**Rollins:** Hello.

**PRA:** Paul?

**Rollins:** Hello.

**PRA:** Paul?

**Rollins:** Hello, who is this?

**PRA:** This is Anthony, may I speak to Paul.

**Rollins:** Yes.

**PRA:** Paul Rollins?

**Rollins:** Yeah.

**PRA:** Hey, how you doing?

**Rollins:** Alright.

**PRA:** Okay, once again my name is Anthony I'm calling from Portfolio Recovery Associates in regards to an account that you have here in my office through HSBC Bank. I do need to state by law that our call may be monitored or recorded. This is an attempt to collect a debt by a debt collector, and any information obtained will be used for that purpose. Hello?

7

130292008v1 0926121

**[Call disconnected]**

Ex. B.

_Tara Privette_
Tara Privette

9

130292008v1 0926121

# EXHIBIT A



CONFIDENTIAL
PRA006

| Last Contact | PTP Date | CBRRcvd | StopCBR | Hold Date |
|---|---|---|---|---|
| 8/21/2011 | N/A | N/A | N/A | N/A |

**Get Payment History**

| | | Add Bankruptcy Information | |
|---|---|---|---|
| Original Bal | $512.54 | PIF | $512.54 |
| ChgOff Amt | $512.54 | Accrued Int | $0.00 |
| Last Pay Amt | $60.00 | Allowance | 0.00 |
| Promises | $0.00 | NBal | $512.54 |
| NSFs | $0.00 (0) | Documents | None |
| Orig Rate | 0.00% | Current Rate | 0.00% |
| Min Amt For PIF | $512.54 | | |
| Bonus | | | |

Seller: **HSBC BANK NEVADA, N.A.**

Merchant: **HSBC BANK NEVADA, N.A.**

Original Creditor: PORTFOLIO RECOVERY ASSOCIATES, LLC

Make Payments to: P.O. BOX 12914    NORFOLK VA 23541

Prod Code   MC
Pod   HSBK21

Credit Bureau   Request Letters   Calculate Rate   Transfer Account   Payback Request Docs   Supplemental Info

Add A Note   Payment   Apply Charges

| Date | Entry | ACT | RST | Note |
|---|---|---|---|---|
| 7/8/2011 10:02:17 AM | NUM | INC | CND | RCVD from PACER Complaint re: Paul Rollins, FWD to Counsel |
| 7/6/2011 9:10:46 PM | PREBM | DO | | 1385 [OTHER] Wrong Number MOP SAID N? DOESNT LIVE THERE AND HE DNK N |
| 7/8/2011 5:13:58 PM | | DH | NA | Dialed   4913)No Answer |
| 7/3/2011 9:49:27 PM | | DH | NA | Dialed   4315)No Answer |
| 7/3/2011 9:48:40 PM | | DO | NA | Dialed   1385)Answering machine |
| 7/8/2011 7:46:23 PM | | DH | NA | Dialed   4913)No Answer |
| 7/3/2011 7:45:38 PM | | DO | NA | Dialed   1385)Answering machine |
| 7/1/2011 3:21:16 PM | | DO | NA | Dialed   1385)No Answer |
| 7/1/2011 3:20:28 PM | | DH | NA | Dialed   4913)No Answer |

CONFIDENTIAL
PRA007

Dialer Dialed Other: [redacted] 1385,
STOP, DOESN'T KNOW ABOUT... AND HE BEFORE I COULD SAY ANYTHING ABOUT THE ACCT...

| Date/Time | Code | Status | Disposition |
|---|---|---|---|
| 6/21/2011 9:23:35 PM | PRT044 DO | | Dialer Dialed Other: [redacted] 1385 |
| 6/21/2011 8:21:43 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/21/2011 4:50:28 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/19/2011 7:21:33 PM | DO | LM | Dialed [redacted] 1385)Virtual msg to AUTOV |
| 6/16/2011 8:22:46 PM | DH | NA | Dialed [redacted] 1385)No Answer |
| 6/16/2011 8:21:58 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/16/2011 5:49:50 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/13/2011 8:16:16 PM | DO | NM | Hang Up at [redacted] 1385 [OTHER] N1 HUNG UP DURING MM |
| 6/13/2011 10:34:63 AM PRT803 | DH | NA | Dialed [redacted] 4913)No Answer |
| 8/10/2011 4:35:00 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/9/2011 8:01:36 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/9/2011 8:00:18 PM | DO | NA | Dialed [redacted] 1385)No Answer |
| 6/9/2011 4:11:59 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 6/7/2011 9:31:52 PM | DO | NA | Dialed [redacted] 1385)No Answer |
| 8/7/2011 5:31:05 PM | DH | NM | Dialed [redacted] 4913)No Answer |
| 6/7/2011 10:51:19 AM | DH | NA | Dialed [redacted] 4913)No Answer |
| 8/5/2011 6:36:56 PM | DO | NA | Dialed [redacted] 1385)No Answer |
| 6/5/2011 9:38:12 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 5/28/2011 9:46:17 AM | PRT220 DO | STC | No Promise at [redacted] 1385 [OTHER] n1 affy name is than me th... |
| 5/26/2011 8:48:38 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 5/26/2011 8:47:51 PM | DO | NA | Dialed [redacted] 1385)No Answer |
| 5/26/2011 9:02:35 PM | DH | NA | Dialed [redacted] 4913)No Answer |
| 5/25/2011 10:38:09 AM | PRP025 DO | STC | DIALED RELATION ( OTHER: [redacted] 1385, MOP SD N1 NOT IN, NML CALL BACK |
| 5/25/2011 10:34:28 AM | DH | NA | Dialed [redacted] 4913)No Answer |

| Date/Time | ID | | | Action | | Result |
|---|---|---|---|---|---|---|
| 5/23/2011 9:20:02 PM | | DH | NA | Dialed | ▮ | 4913)No Answer |
| 5/23/2011 9:18:15 PM | | DO | NA | Dialed | | 1385)No Answer |
| 5/23/2011 3:59:53 PM | PRA333 | DH | NA | Dialed | ▮ | 4913)No Answer |
| 5/18/2011 8:18:57 PM | | DO | NM | Hang Up at CUST HU | | 1385 [OTHER] |
| 5/18/2011 10:07:39 AM | | DH | NA | Dialed | ▮ | 4913)No Answer |
| 5/16/2011 9:13:59 PM | | DH | NA | Dialed | | 4913)No Answer |
| 5/16/2011 5:53:44 PM | | DO | NA | Dialed | ▮ | 1385)No Answer |
| 5/16/2011 5:52:57 PM | | DH | NA | Dialed | | 4913)No Answer |
| 5/16/2011 11:38:43 AM | | DO | NA | Dialed | ▮ | 1385)Answering machine |
| 5/16/2011 11:38:05 AM | | DH | NA | Dialed | | 4913)No Answer |
| 5/15/2011 5:16:34 PM | PRA391 | DO | NM | Hang Up at | ▮ | 1385 [OTHER] |
| 5/13/2011 8:56:00 PM | | DH | NA | Dialed | | 4913)No Answer |
| 5/13/2011 3:55:18 PM | | DO | NA | Dialed | ▮ | 1385)No Answer |
| 5/13/2011 2:05:49 PM | | DH | NA | Dialed | | 4913)No Answer |
| 5/11/2011 9:04:32 PM | | DH | NA | Dialed | ▮ | 4913)No Answer |
| 5/11/2011 9:03:45 PM | | DO | NA | Dialed | | 1385)No Answer |
| 5/11/2011 10:32:23 AM | | DH | NA | Dialed | ▮ | 4913)No Answer |

ID: NJM    Last Activity: 10:02 AM    Unit: COUNSL    User: NJMAHLMANN
Get Last Worked    Time Tracker: INACTIVE    Work TBD:    Manager:

Version 4.11.1.1 - Copyright © 2004-2010, Portfolio Recovery Associates, Inc. All Rights Reserved - Server: PRAMTFLIST

CONFIDENTIAL
PRA009

| Date | Entry | ACT | RST | Note |
|---|---|---|---|---|
| 7/8/2011 5:50:11 PM | | DH | NA | Dialed ▮▮▮-4913)No Answer |
| 7/8/2011 10:09:39 AM | NJM | XYZ | XYZ | Old Header Note: //ACCOUNT I LITIGATION ALL CALSL TO S. ZAHN EXT 12512// 7/8/2011 10:01:41 AM NJM |
| 7/8/2011 10:02:17 AM | NJM | INC | CND | RCVD from PACER Complaint re: Paul Rollins, FWD to Counsel. |
| 7/8/2011 9:53:40 AM | | DH | NA | Dialed ▮▮▮4913)No Answer |
| 7/6/2011 8:10:46 PM | PRB811 | DO | DIS | Wrong Number - ▮▮▮-1385 [OTHER] MOP SAID N1 DOESNT LIVE THERE AND HE DNK N1 |
| 7/6/2011 5:13:58 PM | | DH | NA | Dialed ▮▮▮4913)No Answer |
| 7/3/2011 9:49:27 PM | | DH | NA | Dialed ▮▮▮4913)No Answer |
| 7/3/2011 9:48:40 PM | | DO | NA | Dialed (▮▮▮-1385)Answering machine |
| 7/3/2011 7:46:23 PM | | DH | NA | Dialed ▮▮▮4913)No Answer |
| 7/3/2011 7:45:36 PM | | DO | NA | Dialed (▮▮▮-1385)Answering machine |
| 7/1/2011 3:21:16 PM | | DO | NA | Dialed (▮▮▮1385)No Answer |
| 7/1/2011 3:20:28 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/21/2011 9:23:35 PM | PRT144 | DO | STC | Dialer Dialed Other: ▮▮▮-1385 R- E- P-N1 SD THT NO ONE SENT HIM A.# AND HE CANT PAY ON SOMETHING HE DOESNT KNOW ABOUT AND HU BEFORE I COULD SAY ANYTHING ABOUT THE ACCT A- I- R- |
| 6/21/2011 9:21:43 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/21/2011 4:50:23 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/19/2011 7:21:33 PM | | DO | LM | Dialed (▮▮▮-1385)Virtual msg to AUTOV |
| 6/16/2011 9:22:49 PM | | DO | NA | Dialed (▮▮▮-1385)No Answer |
| 6/16/2011 9:21:58 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/16/2011 5:49:50 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/13/2011 9:16:16 PM | PRT803 | DO | NM | Hang Up at ▮▮▮-1385 [OTHER] N1 HUNG UP DURING MM |
| 6/13/2011 10:34:53 AM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/10/2011 4:35:00 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/9/2011 9:01:05 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/9/2011 9:00:18 PM | | DO | NA | Dialed (▮▮▮-1385)No Answer |
| 6/9/2011 4:11:36 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/7/2011 9:31:52 PM | | DO | NA | Dialed (▮▮▮-1385)No Answer |
| 6/7/2011 9:31:05 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/7/2011 10:51:19 AM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 6/5/2011 9:36:59 PM | | DO | NA | Dialed (▮▮▮-1385)No Answer |
| 6/5/2011 9:36:12 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 5/28/2011 9:46:17 AM | PRT220 | DO | STC | No Promise at ▮▮▮1385 [OTHER] n1 atty name is then he hu |
| 5/26/2011 8:48:38 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 5/26/2011 8:47:51 PM | | DO | NA | Dialed (▮▮▮1385)No Answer |
| 5/26/2011 9:02:35 AM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 5/25/2011 10:38:09 AM | PRP025 | DO | STO | DIALED RELATION 1 OTHER: ▮▮▮-1385, MOP SD N1 NOT IN, NML, CALL BACK |
| 5/25/2011 10:34:28 AM | | DH | NA | Dialed (▮▮▮4913)No Answer |
| 5/23/2011 9:20:02 PM | | DH | NA | Dialed (▮▮▮4913)No Answer |

CONFIDENTIAL
PRA010

| | | | | |
|---|---|---|---|---|
| 5/23/2011 9:19:15 PM | | DO | NA | Dialed (████████1385)No Answer |
| 5/23/2011 3:59:53 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/18/2011 8:18:57 PM | PRA333 | DO | NM | Hang Up at ████████1385 [OTHER] CUST HU |
| 5/18/2011 10:07:39 AM | | DH | NA | Dialed (████████4913)No Answer |
| 5/16/2011 9:13:59 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/16/2011 5:53:44 PM | | DO | NA | Dialed (████████1385)No Answer |
| 5/16/2011 5:52:57 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/16/2011 11:38:43 AM | | DO | NA | Dialed (████████1385)Answering machine |
| 5/16/2011 11:38:05 AM | | DH | NA | Dialed (████████4913)No Answer |
| 5/15/2011 5:16:34 PM | PRA391 | DO | NM | No Msg at ████████1385 [OTHER] |
| 5/13/2011 8:56:00 PM | | DO | NA | Dialed (████████4913)No Answer |
| 5/13/2011 8:55:13 PM | | DO | NA | Dialed (████████1385)No Answer |
| 5/13/2011 2:05:49 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/11/2011 9:04:32 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/11/2011 9:03:45 PM | | DO | NA | Dialed (████████1385)No Answer |
| 5/11/2011 10:32:23 AM | | DH | NA | Dialed (████████4913)No Answer |
| 5/10/2011 8:29:36 PM | PRA362 | DO | LM | Left Msg at ████████1385 [OTHER] LM W/MOP |
| 5/10/2011 9:32:50 AM | | DH | NA | Dialed (████████4913)No Answer |
| 5/8/2011 9:01:10 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/8/2011 9:00:23 PM | | DO | NA | Dialed (████████1385)No Answer |
| 5/6/2011 9:40:30 AM | | DH | NA | Dialed (████████4913)No Answer |
| 5/4/2011 10:33:13 AM | PRP071 | DO | STO | DIALED RELATION 1 OTHER: ████████1385 MOP HU AFTER ASKED FOR N1.... |
| 5/4/2011 10:29:30 AM | | DH | NA | Dialed (████████4913)No Answer |
| 5/2/2011 8:49:59 PM | | DH | NA | Dialed (████████4913)No Answer |
| 5/2/2011 8:49:12 PM | | DO | NA | Dialed (████████1385)No Answer |
| 5/2/2011 10:17:07 AM | | DH | NA | Dialed (████████4913)No Answer |
| 4/29/2011 10:02:24 AM | | DH | NA | Dialed (████████4913)No Answer |
| 4/20/2011 8:28:49 PM | PRA179 | DO | NM | Hang Up at ████████1385 [OTHER] N1 SAID THAT HE DID NOT HAVE AN ACCT AND DX'D CALL |
| 4/20/2011 10:24:34 AM | | DH | NA | Dialed (████████4913)No Answer |
| 4/12/2011 10:38:33 AM | PRP068 | DO | STC | DIALED RELATION 1 OTHER: ████████1385 N1 HU AFTER STTNG MM |
| 4/12/2011 10:34:24 AM | | DH | NA | Dialed (████████4913)No Answer |
| 4/9/2011 1:36:31 PM | PRA264 | DO | NM | Hang Up at ████████1385 [OTHER] N1 HUNG UP DURING OPENING STATEMENT |
| 4/7/2011 8:16:00 PM | | DH | NA | Dialed (████████4913)No Answer |
| 4/7/2011 8:15:13 PM | | DO | NA | Dialed (████████1385)No Answer |
| 4/7/2011 4:00:33 PM | | DH | NA | Dialed (████████4913)No Answer |
| 4/5/2011 10:50:01 AM | PRP027 | DO | STO | DIALED RELATION 1 OTHER: ████████1385; MOP SD HELLO THEN HU |
| 4/5/2011 10:45:41 AM | | DH | NA | Dialed (████████4913)No Answer |
| 4/4/2011 6:50:20 PM | PRH293 | DO | NM | Hang Up at ████████1385 [OTHER] N1 HU |
| 4/4/2011 9:21:21 AM | | DH | NA | Dialed (████████4913)No Answer |
| 4/2/2011 2:32:36 PM | | DH | NA | Dialed (████████4913)No Answer |
| 4/2/2011 2:31:49 PM | | DO | NA | Dialed (████████1385)Answering machine |
| | | | | Dialer Dialed Other: ████████1385 |

CONFIDENTIAL
PRA011

| | | | |
|---|---|---|---|
| 3/23/2011 7:53:18 PM | PRH312 DO | STC | N1 KEPT INTERUPTING O/S SD HE DOESNT KNW WHO I AM AND H/U |
| 3/23/2011 7:50:10 PM | DH | NA | Dialed ▉▉▉4913)No Answer |
| 3/23/2011 9:48:29 AM | DH | NA | Dialed ▉▉▉4913)No Answer |
| 3/22/2011 10:27:25 AM SLS | ARS | INS | BAD HOME PHONE(S) REMOVED |
| 3/20/2011 7:27:41 PM | DO | NA | Dialed ▉▉▉1385)Answering machine |
| 3/20/2011 7:26:57 PM | DH | NC | Dialed ▉▉▉5513)Operator Intercept |
| 3/17/2011 10:30:09 AM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 3/16/2011 4:05:24 PM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 3/14/2011 9:14:21 AM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 3/11/2011 9:14:10 AM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 3/9/2011 9:24:19 AM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 3/5/2011 1:34:09 PM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 3/5/2011 1:33:40 PM | DO | NA | Dialed (▉▉▉1385)No Answer |
| 3/2/2011 9:02:46 AM | DH | NC | Dialed (▉▉▉5513)Operator Intercept |
| 2/21/2011 3:56:45 PM | PRP008 DH | STO | DIALED RELATION 1 HOME: ▉▉▉5513 WOP SD N1 NOT IN NML |
| 2/21/2011 3:53:00 PM | DH | NC | Dialed ▉▉▉5513)Operator Intercept |
| 2/9/2011 8:35:13 AM | ARS | INS | 001 LETTER PROCESSED AS 001 |
| 2/8/2011 12:37:35 PM SLS | | LTR | (001)Notification Letter - SYSTEM |
| 2/8/2011 10:28:00 AM | | | ACCOLAID data received<br>Information Returned:<br>Name: ROLLINS; PAUL W<br>▉▉▉▉▉▉▉▉<br><br>Structure: Unknown<br>Home Ownership: Unknown<br>Length at Residence: Less than 1 year<br>Income: Unknown<br>▉▉▉5513<br>Time Zone: CST |
| 2/7/2011 9:58:00 PM | ARS | INS | NCOA Processing Results for:<br>▉▉▉▉▉▉▉▉<br><br>Move Date: N/A<br>Move Type: N/A<br>Delivery Point Verification: VALID<br>DPV Footnotes:<br>Primary: INPUT ADDR MATCHED ZIP4 FILE<br>Secondary: INPUT ADDR MATCHED DPV (ALL COMPONENTS)<br>Zip Processing Notes:<br>INPUT ZIP CONFIRMED<br>NORMAL STREET<br>SUCCESSFUL ADDR MATCH<br>NEW ADDR NOT FURNISHED |

**CONFIDENTIAL**
**PRA012**

**Portfolio Recovery Associates, LLC**
*We're giving debt collection a good name.*

| | |
|---|---|
| **February 10, 2011** | **Balance: $512.54** |
| Account/Reference No.: 5155920000966375 | |
| HSBC BANK NEVADA N.A. | |

## Welcome to Portfolio Recovery Associates!

Portfolio Recovery Associates purchased the account referenced above on 01/24/11. All future payments and correspondence for this account, including credit counseling service payments, should be directed to us.

Call toll-free at 1-800-772-1413 to discuss payment arrangements.
7:30 AM to 11 PM Mon.-Fri., 8 AM to 5 PM Sat., & 2 PM to 9 PM Sun. (EST)
Contact us at help@portfoliorecovery.com to communicate with us by e-mail.

### Various Payment Options Available Including:

| **Pay by Phone:** ☎ | **Mail:** ✉ | **Online:** 🖳 |
|---|---|---|
| • Authorize automatic withdrawals from your bank account | • Complete the attached coupon<br>• Make all checks and payments to:<br>Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | • Complete a payment from your checking account or credit card*<br>• Pay online at:<br>www.portfoliorecovery.com |
| • Complete a credit card* payment | | |

\* See back for information about credit card transaction fees that may be applied by third party vendors.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor if different from the current creditor.

This letter is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

**Notice: See Reverse Side for Important Information**

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Dept 922
PO BOX 4115
Concord, CA 94524

Address Service Requested

#BWNFTZF #PRA5048516811026#

PAUL W ROLLINS

**Account/Reference Number:** 5155920000966375

**Payment Amount:** _____

001S
PORTFOLIO RECOVERY ASSOCIATES LLC
P.O. BOX 12914
NORFOLK VA 23541

CONFIDENTIAL
PRA 013

**MAKE ALL CHECKS PAYABLE TO:** Portfolio Recovery Associates, LLC
**SEND ALL PAYMENTS TO:** Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541

**COMPANY ADDRESS**
Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**DISPUTES CORRESPONDENCE ADDRESS**
PRA Disputes Department, 140 Corporate Boulevard, Norfolk, VA 23502
Disputes Department E-mail Address: PRA_Disputes@portfoliorecovery.com

**CREDIT CARD TRANSACTION FEES:** Third party vendors may charge a transaction fee for processing payments made by credit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. - Fri. 8 AM to 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service to all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at (866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com.

**PRIVACY NOTICE:** We collect certain personal information about you from the following sources: (a) information we received from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies. We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law. We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account. We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**NOTICE:** If this account is eligible to be reported to the credit reporting agencies by our company, we are required by law to notify you that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

We are required under state law to notify consumers of the following rights. This list does not include a complete list of rights consumers have under state and federal laws:

**CALIFORNIA:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

**COLORADO:** Office located at 4600 South Syracuse Street, Suite 938, Denver, CO 80237. Telephone 1-866-508-4751. FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coloradoattorneygeneral.gov/ca. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**MAINE:** Telephone number at licensed location is (800) 772-1413. Hours of operation at licensed location are 7:30 AM to 11 PM EST Monday through Friday, 8 AM to 5 PM EST Saturday, and 2 PM to 9 PM EST Sunday.

**MASSACHUSETTS:** Office located 49 Winter St, Weymouth, MA 02188. Telephone (800) 772-1413. Hours of operation are 9 AM to 6 PM EST Monday through Thursday. NOTICE OF IMPORTANT RIGHTS: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR.

**NEW YORK CITY:** City of New York License Number 1096994.

**NORTH CAROLINA:** Collection Agency Permit No. 4132.

**TENNESSEE:** This collection agency is licensed by the Tennessee Collection Service Board of the Department of Commerce and Insurance. (#00000770)

**CONFIDENTIAL**
**PRA 014**

# EXHIBIT B

Avanti Bakane /HC01      To   Mark Meinhardt <meinhardtlaw@sbcglobal.net>
11/09/2011 01:31 PM      cc   Johnny S. Wang/HC12@HC
                         bcc
                     Subject   Rollins v. PRA - Documents Produced

For Follow Up:     To  Urgent Priority

Mark,

Attached please find the documents and call recordings produced by PRA, as well as the fully executed
Confidentiality Agreement.

Thanks,
Avanti

Rollins_Confidentiality Agreement.pdf    Rollins_Production Docs.pdf  Recording4.wav

Recording1.wav   Recording2.wav   Recording3.wav

Avanti Bakane
Hinshaw & Culbertson LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601
ph: 312/704-3167
fax: 312/704-3001
abakane@hinshawlaw.com
http://www.hinshawlaw.com/abakane/